**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA BARBARA DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| Kim Mary Vandyk | § | Case No. 9:15-bk-10359-PC |
| 2834 Foothill Road | § | |
| Santa Barbara, CA 93105 | § | |
| | § | |
| Debtor | § | |
| | § | |

FILED

JUL 1 6 2015

CENTRAL DISTRICT OF CALIFORNIA

**RESPONSE TO**
**NATIONSTAR'S RESPONSE TO**
**OBJECTION TO CLAIM NUMBER ONE**

Kim Mary Vandyk ("Debtor") is the current holder of the 'real ink' GRANT DEED as recorded in the Santa Barbara County Records (2001-0109265) recorded on December 17, 2001 and occupies her primary residence to this day.

1. Nationstar Mortgage, LLC has filed a response to Debtor's Objection to Claim No. 1. With that response, Nationstar attaches an April 2, 2014 Limited Power of Attorney. By that document, Nationstar claims that it was assigned the rights to and so has standing to foreclose on Debtor's property and to pursue this matter in this Court.

However, the trusts over which Nationstar is granted authority by this Limited Power of Attorney are shown by Exhibit A which is attached to that Limited Power of Attorney. All of the transferred trusts are blacked out on that Exhibit A except for the one that states "The Bank of New York Mellon FKA The Bank of New York Successor Trustee to JPMorgan Chase Bank, N. A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2005-AR8." Nowhere in Nationstar's Response does Nationstar establish that the Deed of Trust at issue (i.e., Debtor's mortgage) here falls within this category. See for example paragraph 12 of the Nationstar Response where Nationstar identifies the category of Trusts conveyed by the Limited Power of Attorney but does not anywhere aver that Debtor's Deed of Trust is included in this category. And, to Debtor's knowledge, the

Note and Mortgage documents attached to the amended claim do not reflect inclusion into this category of Trusts that were conveyed Nationstar.

As a result of the above, Nationstar has not shown a proper transfer of the right to pursue this claim. It lacks standing to pursue this matter in court.

2.    NATIONSTAR filed a response to Debtor's Objection to Claim Number One July 9, 2015 and inserted a Limited Power of Attorney (now pages 41-46) (EXHIBIT "A") into the originally filed Proof of Claim document that was filed on April 23, 2015. The Limited Power of Attorney was executed April 2, 2014 and was in effect for one (1) year and has since expired on April 2, 2015 *prior* to the filing of the initial Proof of Claim on April 23, 2014. Without a valid, current Power of Attorney in place, Nationstar and Bank of New York Mellon, has failed to present proof and lacks standing to foreclose on Debtor's property or to pursue this matter in this Court.

3.    A NOTICE OF REQUEST FOR SALE ("NRS") was recorded by Kim Vandyk in the Santa Barbara County Records on February 24, 2015 at 9:29 AM (2015-0008264) (EXHIBIT "B") and all parties were noticed via FAX and MAIL and followed up by calling to ensure receipt, which was acknowledged. This document was filed into the Bankruptcy Court on March 17, 2015 for the record as document 14 in the docket.

It should be noted, after filing said NRS, the filed document somehow went missing in the online docket and the original blue ink signature document could not be found in the back office files by clerk, Brad Handy, who is the one who originally accepted said document on March 17, 2015. Brad Handy re-scanned it in using my stamped copy. It is now on the record.

4.    The NRS includes a <u>Demand for Beneficiary Statement</u> under CAL. CIV. CODE § 2924B. This document has not be provided by NATIONSTAR or any related parties.

5.    The NRS also demands a <u>"Majority Action Affidavit"</u> as per CAL. CIV. CODE § 2941.7 (d) Any action taken pursuant to the authority granted in this section is not effective unless all the parties agreeing to the action sign, under penalty of perjury, a separate written document entitled "Majority Action Affidavit". (Code previously listed in documents as CAL. CIV. CODE § 2941.9 had the incorrect extension. The code is CAL. CIV. CODE § 2941.7 (d))

6.    See attached <u>UCC-1 Financing Statement</u> (EXHIBIT "C") .

Dates: July 16, 2015


Respectfully Submitted,


Kim Mary Vandyk

Pro Se

**After Recording return to:**
**Name**
**Address**

After Recording Return To:
Nationstar Mortgage LLC
ATTN: POA's
2617 College Park Drive
Scottsbluff, NE 69361

EXHIBIT "A"

# LIMITED POWER OF ATTORNEY

**KNOW ALL MEN BY THESE PRESENTS**, that the undersigned, **THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A.** having an office at 101 Barclay Street, NYC, NY 10286 (the "Bank"), hereby appoint **Nationstar Mortgage LLC**, to be the Bank's true and lawful Attorneys-in-Fact (the "Attorneys") to act in the name, and on behalf, of the Bank with power to do only the following in connection with the trusts included on **Schedule A**, on behalf of the Bank:

1.    The modification or re-recording of a Mortgage or Deed of Trust, where said modification or re-recordings is for the purpose of correcting the Mortgage or Deed of Trust to conform same to the original intent of the parties thereto or to correct title errors discovered after such title insurance was issued and said modification or re-recording, in either instance, does not adversely affect the lien of the Mortgage or Deed of Trust as insured.

2.    The subordination of the lien of a Mortgage or Deed of Trust to an easement in favor of a public utility company of a government agency or unit with powers of eminent domain; this section shall include, without limitation, the execution of partial satisfactions/releases, partial reconveyances or the execution or requests to trustees to accomplish same.

3.    The conveyance of the properties to the mortgage insurer, or the closing of the title to the property to be acquired as real estate owned, or conveyance of title to real estate owned.

4.    The completion of loan assumption agreements and modification agreements.

5.    The full or partial satisfaction/release of a Mortgage or Deed of Trust or full conveyance upon payment and discharge of all sums secured thereby, including, without limitation, cancellation of the related Mortgage Note.

6.    The assignment of any Mortgage or Deed of Trust and the related Mortgage Note, in connection with the repurchase of the mortgage loan secured and evidenced thereby.

7.    The full assignment of a Mortgage or Deed of Trust upon payment and discharge of all sums secured thereby in conjunction with the refinancing thereof, including, without limitation, the assignment of the related Mortgage Note.

8.    With respect to a Mortgage or Deed of Trust, the foreclosure, the taking of a deed in lieu of foreclosure, or the completion of judicial or non-judicial foreclosure or termination, cancellation or rescission of termination, cancellation or rescission of any such foreclosure, including, without limitation, any and all of the following acts:

    a.    the substitution of trustee(s) serving under a Deed of Trust, in accordance with state law and the Deed of Trust;

    b.    the preparation and issuance of statements of breach or non-performance;

    c.    the preparation and filing of notices of default and/or notices of sale;

    d.    the cancellation/rescission of notices of default and/or notices of sale;

e.    the taking of a deed in lieu of foreclosure; and

f.    the preparation and execution of such other documents and performance of such other actions as may be necessary under the terms of the Mortgage, Deed of Trust or state law to expeditiously complete said transactions in paragraphs 8.a. through 8.e., above; and

9.    to execute any other documents referred to in the above-mentioned documents or that are ancillary or related thereto or contemplated by the provisions thereof; and

to do all things necessary or expedient to give effect to the aforesaid documents including, but not limited to, completing any blanks therein, making any amendments, alterations and additions thereto, to endorse which may be considered necessary by the Attorney, to endorse on behalf of the Trustee all checks, drafts and/or negotiable instruments made payable to the Trustee in respect of the documents, and executing such other documents as may be considered by the Attorney necessary for such purposes.

The relationship of the Bank and the Attorney under this Power of Attorney is intended by the parties to be that of an independent contractor and not that of a joint venturer, partner, or agent.

**This Power of Attorney is effective for one (1) year from the date hereof or the earlier** of (i) revocation by the Bank, (ii) the Attorney shall no longer be retained on behalf of the Bank or an affiliate of the Bank; or (iii) the expiration of one year from the date of execution.

**The authority granted to the Attorney by the Power of Attorney is not transferable to any other party or entity.**

This Agreement shall be governed by, and construed in accordance with, the laws of the State of New York without regard to its conflicts of law principles.

All actions heretofore taken by said Attorney, which the Attorney could properly have taken pursuant to this Power of Attorney, be, and hereby are, ratified and affirmed.

IN WITNESS WHEREOF, The Bank of New York Mellon f/k/a The Bank of New York successor in interest to JPMorgan Chase Bank, National Association as Trustee pursuant to the Pooling and Servicing Agreements listed on Schedule A hereto attached and these present to be signed and acknowledged in its name and behalf by Gerard F. Facendola and Philip Reinle its duly elected and authorized Managing Director and Vice President this 2nd day of April, 2014.

**The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for the securitizations listed on Schedule A**

By: _____
    Name: Gerard F. Facendola
    Title:   Managing Director

By: _____
    Name: Philip Reinle
    Title:   Vice President

Witness: _____
    Printed Name:  Alexander T. Tonge

Witness: _____
    Printed Name: Leela Ragbarsingh

**ACKNOWLEDGEMENT**

STATE OF NEW YORK    §

COUNTY OF QUEENS    §


On the 2nd day of April in the year 2014 before me, the undersigned, personally appeared Gerard F. Facendola and Philip Reinle, known to be or proved to me on the basis of satisfactory evidence to be the Managing Director and Vice President, respectively of The Bank of New York Mellon, as Trustee and acknowledged that they executed the same as their free act and deed and the free act and deed of the Trustee.

Subscribed and sworn before me this 2nd day of April, 2014


NOTARY PUBLIC
My Commission expires

MARIA DEL C. AITA
Notary Public, State of New York
No. 01AI6278271
Qualified in Queens County
Commission Expires March 25, 2017

**NATIONSTAR MORTGAGE LLC**
**as Servicer**

By:
Name: Jennifer Kinsey
Title: Assistant Secretary

Witness:
Name: Gabriel Gurrola

Witness:
Name: Kerri Weinmaster

ACKNOWLEDGEMENT

STATE OF **NEBRASKA**

COUNTY OF **SCOTTS BLUFF**

On <u>Apr. 4, 2014</u>, before me a Notary Public in and for said State, personally appeared **Jennifer Kinsey**, known to me to be a **Assistant Secretary** of **Nationstar Mortgage LLC** that executed the within instrument, and also known to me to be the person who executed said instrument on behalf of such corporation and acknowledged to me that such limited liability company executed the within instrument.

   **IN WITNESS WHEREOF,** I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

GENERAL NOTARY-State of Nebraska
HELEN SCOTT
My Comm. Exp. Oct. 25, 2016

Helen Scott
NOTARY PUBLIC
My Commission expires: <u>October 25, 2016</u>



## SCHEDULE A









SAM2005AR8    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR
THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2005-AR8

RECORDING REQUESTED BY:
Kim Vandyk
2834 Foothill Road
Santa Barbara, CA 93105

AND WHEN RECORDED MAIL TO:
BARRETT DAFFIN FRAPPIER TREDER &
WEISS, LLP
15000 Surveyor Boulevard, Suite 500,
Addison, TX 75001-9013
(855) 286-5901

APN: 023-172-26

PROPERTY ADDRESS:
2834 Foothill Road
Santa Barbara, CA

Title Order #: 730-1402731-70

2015-0008264

Recorded
Official Records | REC FEE    76.00
County of
Santa Barbara
Joseph E. Holland |
County Clerk Recorder|
                    | JKH
09:29AM 24-Feb-2015 | Page 1 of 16

next
16

EXHIBIT
"B"

Space above this line for Recorder's use

# REQUEST FOR NOTICE OF SALE
## UNDER CALIFORNIA CIVIL CODE SECTION 2924B

In accordance with California Civil Code Section 2924b, Civil Code, request is hereby made that a copy of any Notice of Default and a copy of any Notice of Sale under the Deed of Trust recorded on July 8, 2005 as Instrument No. 2005-0064280, in Book 20, Page 36 of Official Records in the office of the County Recorder of Santa Barbara County, California, executed by Kim Vandyk, as Grantor, in which "MERS" Mortgage Electronic Registration Systems, Inc. is named as Beneficiary, and CTX Mortgage Company, LLC as Trustee and covering the land, describing the real property therein, commonly known as Assessor's Parcel No. 023-172-26:

Be mailed to KIM VANDYK, Kim Vandyk, 2834Foothill Road, Santa Barbara, CA 93105

Exhibit A – Legal Property Description
Exhibit B – Demand for Beneficiary Statement
Exhibit C – Qualified Written Request
Exhibit D – Notice of Trustee Sale

NOTICE: A copy of any Notice of Default and any Notice of Sale will be sent to the address contained in this recorded Request: If your address changes, a new Request must be recorded.

Dated: 2/23/2015

By: _Kim Vandyk_
      Kim Vandyk, Grantor

STATE OF CALIFORNIA                     }SS:
COUNTY OF SANTA BARBARA

On _____ before me, _____, a Notary Public, personally
                                                      (here insert name and title of the officer)

appeared _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which
the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true
and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

## ACKNOWLEDGMENT

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate is
attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of _____ San Barbara _____

On _____ 4/27/15 _____ before me, _____ Carmen Silvada, Notary K _____
(insert name and title of the officer)

personally appeared _____ Kim Marie Vandyk _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

# EXHIBIT A

ORDER NO. SB0152708

## EXHIBIT "A"

ALL THAT LAND SITUATED IN THE STATE OF CALIFORNIA, IN THE UNINCORPORATED AREA OF THE COUNTY OF SANTA BARBARA DESCRIBED AS FOLLOWS:

COMMENCING AT THE MOST NORTHEASTERLY CORNER OF LOT 10 OF BLOCK F OF THE EL SOL SE ACUESTA TRACT, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP RECORDED IN BOOK 9 OF MAPS AND SURVEYS AT PAGES 92 AND 93, SANTA BARBARA COUNTY RECORDER'S OFFICE, SAID CORNER BEING MONUMENT NO. 50 OF THE CITY LIMITS LINE OF THE CITY OF SANTA BARBARA, THENCE EAST ALONG THE SOUTHERLY LINE OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 9, TOWNSHIP 4 NORTH, RANGE 27 WEST, SAN BERNARDINO MERIDIAN, 1028.66 FEET THENCE NORTH 50 FEET; THENCE SOUTH 89°55' EAST ALONG THE NORTHERLY LINE OF THE ROAD KNOWN AS LAUREL CANYON ROAD, 494 FEET TO THE TRUE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED; THENCE SOUTH 89°55' EAST 53 FEET; THENCE NORTH 0°05' EAST 130 FEET; THENCE NORTH 89°55' WEST 53 FEET; THENCE SOUTH 0°05' WEST 130 FEET TO THE POINT OF BEGINNING.

IN BOOK 20, PAGES 36, RECORD OF SURVEYS, APPEARS A MAP OF A SURVEY PURPORTING TO COVER THE PROPERTY HEREIN DESCRIBED AND OTHER PROPERTY.

***END OF LEGAL DESCRIPTION***

# EXHIBIT B

**Date:** February 23, 2015

**To the Beneficiary/Trustee:**

Barrett Daffin Frappier Treder & Weiss, LLP
NDEX West, LLC
15000 Surveyor Boulevard, Suite 500
Addison, TX 75001-9013

**From the Grantor:**

Kim Vandyk

2834 Foothill Road

Santa Barbara, CA 93105

Loan : Nationstar Mortgage #: 0610811622,  Specialized Loan Servicing #:  1006495539,

   Bank of America #: 105584887

Trust Deed: # 2005-0064280

Notice of Default #: 2014-0030186

## Demand for Beneficiary Statement pursuant to California Civil Code §2943

Please take Notice that by this document, I, Kim Vandyk, the Grantor, a natural person with intent and purpose, do hereby acknowledge and accept the fact that you the duly appointed Trustee has the intent to sell the lien or security against my property, as per the Notice of Trustee Sale signed and dated on 1/15/2015 and recorded in the Santa Barbara County record as instrument number 2015-0002659. (a copy attached hereto, as Exhibit D) in compliance with California Civil Code.

Please be aware that you have failed to attach an Affidavit by beneficiaries for majority action, "Majority Action Affidavit", in order to comply with California Civil Code 2941.9, (SB No. 1638).

Please be further aware that the Grantor, "generally Decrees" the Notice of Trustee Sale to be ineffective pursuant to CCC 2941.9(d), and unless Good Cause Appears, in the Form of a "Majority Action Affidavit", signed under penalty of perjury as prescribed by law, Then Good Cause shall have been shown to have both the Grantor and the Trustee mutually stipulate to a "Decree in Absolute", holding the "Notice of Trusee Sale" to be fully null and void and the matter having been Administratively Adjudicated.

In addition, I hereby request a beneficiary statement as described in California Civil Code §2943. Such statement must be furnished to the gramtpr within 21 days of the beneficiary's or trustee's receipt of this request.

By this request, the grantor requests the following information and statement:

1. A true, correct, and complete copy of the note or other evidence of indebtedness with any modification thereto;

2. A Beneficiary statement reflecting:

  a. The amount of the unpaid balance of the obligation secured by the mortgage or deed of trust and the interest rate, together with the total amounts, if any, of all overdue installments of either principal or interest, or both, and their itemization.

  b. The amounts of periodic payments, if any.

c. The date on which the obligation is due in whole or in part.

d. The date to which real estate taxes and special assessments have been paid to the extent the information is known to the beneficiary.

e. The amount of hazard insurance in effect and the term and premium of that insurance to the extent their information is known to the beneficiary.

f. The amount in an account, if any, maintained for the accumulation of funds with which to pay taxes and insurance premiums.

g. The nature and the amount, and a detailed itemization, of any additional charges, costs, or expenses paid or incurred by the beneficiary which have or will become a lien on the real property involved and a detailed description, itemization and accounting of these charges, costs or expenses.

h. Whether the obligation secured by the mortgage or deed of trust can or may be transferred to a new borrower.

Real property description for APN: 023-172-26-000:

COMMENCING AT THE MOST NORTHEASTERLY CORNER OF LOT 10 OF BLOCK F OF THE EL SOL SE ACUESTA TRACT, IN THE COUNTY OF SANTA BARBARA, STATE OF CALIFORNIA, AS SHOWN ON THE MAP RECORDED IN BOOK 9 OF MAPS AND SURVEYS AT PAGES 92 AND 93, SANTA BARBARA COUNTY RECORDERS OFFICE, SAID CORNER BEING MONUMENT NO. 50 OF THE CITY LIMITS LINE OF THE CITY OF SANTA BARBARA, THENCE EAST ALONG THE SOUTHERLY LINE OF THE NORTHWEST QUARTER OF THE NORTHWEST QUARTER OF SECTION 9, TOWNSHIP 4 NORTH, RANGE 27 WEST, SAN BERNARDINO MERIDIAN, 1028.66 FEET THENCE NORTH 50 FEET; THENCE SOUTH 89°55' EAST ALONG THE NORTHERLY LINE OF THE ROAD KNOWN AS LAUREL CANYON ROAD, 494 FEET TO THE TRUE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED; THENCE SOUTH 89°55' EAST 53 FEET; THENCE NORTH 0°05' EAST 130 FEET; THENCE NORTH 89°55' WEST 53 FEET; THENCE SOUTH 0°05' WEST 130 FEET TO THE POINT OF BEGINNING.

IN BOOK 20, PAGES 36, RECORD OF SURVEYS, APPEARS A MAP OF A SURVEY PURPORTING TO COVER THE PROPERTY HEREIN DESCRIBED AND OTHER PROPERTY.

Please include a complete copy of the note or other evidence of indebtedness and any subsequent modification.

Please be advised that if you fail to provide the Beneficiary Statement within 21 days after receipt of this demand, you may be liable for damages pursuant to Civ Code, § 2943.

Please mail the Beneficiary Statement and the other documents to:
Kim Vandyk
2834 Foothill Road
Santa Barbara, CA 93105

By: _____  2/23/2015

Kim Vandyk, Grantor

# EXHIBIT C

February 23, 2015


Ric Juarez, Associate Director
Barrett Daffin Frappier Treder & Weiss, LLP                    Certified First Class U.S. Mail
NDEX West, LLC                                                 #:7011 0110 0002 1452 0272
15000 Surveyor Boulevard, Suite 500
Addison, TX 75001-9013
Fax #: 972.386.7673 / 972.661.7800 / 972.353.6755

Anthony W. Villani, Esq.                                        Certified First Class U.S. Mail
Executive Vice President and General Counsel                    #:7011 0110 0002 1452 0265
Nationstar Mortgage Holdings Inc.
350 Highland Drive
Lewisville, Texas, 75067
Fax #: 972.315.5129 / 214.488.1675 / 469.312.4950


**In the Matter of:**
Kim Vandyk

**Property Address:**
2834 Foothill Road
Santa Barbara, CA 93105

**Puported Accounts:**
Nationstar Mortgage #: 0610811622
Specialized Loan Servicing #:  1006495539
Bank of America #: 105584887

**Purported Owner of the loan or note:**
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE
TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2005-
AR8, MORTGAGE PASS-THROUGH CERTIFICATES. SERIES 2005-AR8

**Auction Date:** Wednesday, February 25, 2015 /10am /Santa Barbara County Courthouse

**Trustee Sale #:** 00000004743390

**APN #:** 023-172-26-00

**Purported Trustee:** BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP

**Trustee Sale Information:** AUCTION.COM, LLC PH: 800.280.2832

**Purported Servicer:** Nationstar Mortgage

---

### R.E.S.P.A. QUALIFIED WRITTEN REQUEST

Dear Mr. Juarez and Mr. Villani:

Please treat this letter as a "Qualified Written Request" under the Federal Servicer Act, which is a part
of the Real Estate Settlement Procedures Act. 12 U.S.C. 2605(e).

Specifically, I am disputing a) the identity of a true secured lender/creditor, and b) the existence of debt, and c) your authority and capacity to collect on behalf of the alleged lender/creditor. Because of extensive criminal activity and fraud in this arena, we require proof of the chain of secured ownership from the original alleged lender/creditor to the alleged current lender/creditor. Further, we require proof that you are the entity that has been contracted to work on behalf of the alleged lender/creditor.

Pursuant to "Subtitle E Mortgage Servicing" of the Dodd-Frank Wall Street Reform and Consumer Protection Act and pursuant to 12 U.S.C. Section 2605(e)(1)(A) and Reg. X Section 3500.21(e)(1), please provide:

1. A full, double sided, certified "true and accurate" copy of the original promissory note and security instrument and all assignments of the security instrument.

2. Full name, address and telephone number of the actual entity that funded the transaction.

3. Full name of Trust where the Note Number is trading, or has traded, and the identifying Series of Certificates.
(Note: If the note number is being traded in a Fannie Mae Trust or Freddie Mac Trust, please provide all information to identify the Trust (i.e. Fannie Mae Pool Number, CUSIP Number, REMIC or SMBS Trust Number and Trust Class/Tranche).

4. Full name, address, and telephone number of the Trustee.

5. Full name, address, and telephone number of the **Custodian of my original Promissory Note**, including the name, address and telephone number of any trustee or other fiduciary. This request is being made pursuant to Section 1641(f)(2) of the Truth In Lending Act.

6. Full name, address, and telephone number of the **Custodian of my original Security Instrument**, including the name, address and telephone number of any trustee or other fiduciary. This request is being made pursuant to Section 1641(f)(2) of the Truth In Lending Act.

7. A **physical location (address) of the original promissory note, original security instrument, and all assignments** of the security instrument, and a **contact name and phone number of someone who can arrange for inspection** of said documents.

8. Full name, address and telephone number of any master servicers, servicers, sub-servicers, contingency servicers, back-up servicers or special servicers for this account.

9. **Proof of true sale of the note** from alleged Lender to investors, by showing:
    Wire transfer document(s), and/or
    Signed purchase and sale agreement(s),
    Bank statements or similar documentation.

10. The electronic MERS number assigned to this account and current active/inactive status.

11. The MERS Milestone Report, if the note number and security instrument was tracked by Mortgage Electronic Registration Systems. I want to see the audit trail of the alleged transfer in ownership and alleged transfer in security interest.

12. A complete audit history from alleged loan origination, showing the dates payments were applied, and to what internal accounts (i.e. principal, interest, suspense, escrow, etc.) payments were applied.

## TRUTH – IN-LENDING ACT § 131(f)(2)

Pursuant to 15 U.S.C. § 1641 (f):

Please provide the name, address and telephone number of the owner(s) of the mortgage and the master servicer of the mortgage. Mr. Gavin Tsang, Vice President at Bank of New York Mellon confirmed that they are not the owner of the loan or note.

Sincerely,

By: _Kim Vandyk_    2/23/2015

Kim Vandyk, Grantor    Date

cc:    Federal Trade Commission
       600 Pennsylvania Avenue NW
       Washington, DC 20580

       Office of RESPA and Interstate Land Sales
       Department of Housing and Urban Development
       451 Seventh Street, SW
       Washington, DC 20410

       Government National Mortgage Association
       451 Seventh Street SW
       Washington, DC 20410

       AUCTION.COM, LLC
       Lee Leslie – Chief Legal Officer & Executive Vice President
       One Mauchly
       Irvine, CA 92618

       Gavin Tsang – Vice President – Bank of New York Mellon gavin.tsang@bnymellon.com

       Joseph E. Holland – Santa Barbara County – Clerk Recorder/Assessor – Fax#: 805.568.2266
       Das Williams – State Assembly/District 37 – Santa Barbara – Fax #: 805.564.1651
       Office of the District Attorney – County of Santa Barbara – Kelly Scott – Fax #: 805.568.2453

       C.J. Ward, KEYT - Anchor/Reporter, c.ward@keyt.com assignmentdesk@keyt.com
       RollingStone – Attn: Matt Taibbi – rseditors@rollingstone.com
       TYTnetwork.com – Cenk Uygur / Ana Kasparian press@tytnetwork.com
       Christopher King / www.facebook.com/KindCast

# EXHIBIT D

2015-0002659

| Recording requested by: SPL | Recorded | REC FEE | 28.00 |
| TITLE 365 | Official Records | | |
| | County of | | |
| When Recorded Mail To: | Santa Barbara | | |
| BARRETT DAFFIN FRAPPIER TREDER & | Joseph E. Holland | | |
| WEISS, LLP | County Clerk Recorder | | |

for

When Recorded Mail To:
**BARRETT DAFFIN FRAPPIER TREDER &**
**WEISS, LLP**
15000 Surveyor Boulevard, Suite 500
Addison, Texas 75001-9013
(855) 286-5901

APN #: 023-172-26-00
Property Address:
2834 FOOTHILL ROAD
SANTA BARBARA, CALIFORNIA 93105

08:00AM 21-Jan-2015 | Page 1 of 2
| EC

NOTS00000004732390

Space above this line for Recorder's use only

Trustee Sale No. : 00000004732390          Title Order No.: 730-1402731-70          FHA/VA/PMI No.:

## NOTICE OF TRUSTEE'S SALE

**ATTENTION RECORDER:** THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY APPLIES ONLY TO COPIES PROVIDED TO THE TRUSTOR, NOT TO THIS RECORDED ORIGINAL NOTICE.

**NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED**
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
**NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO**
**TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP**
**LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY**

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 06/30/2005. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP,** as duly appointed Trustee under and pursuant to Deed of Trust Recorded on 07/08/2005 as Instrument No. 2005-0064280 of official records in the office of the County Recorder of SANTA BARBARA County, State of CALIFORNIA.

EXECUTED BY:    **KIM VANDYK,**
WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by California Civil Code 2924h(b), (payable at time of sale in lawful money of the United States).

DATE OF SALE:    02/25/2015    TIME OF SALE:    10:00 AM
PLACE OF SALE:    SANTA BARBARA COUNTY COURTHOUSE, 1100 ANACAPA STREET, SANTA BARBARA, CA 93101.

STREET ADDRESS and other common designation, if any, of the real property described above is purported to be:
2834 FOOTHILL ROAD, SANTA BARBARA, CALIFORNIA 93105
APN#:    023-172-26-00

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied,

FCUS_NoticeOfTrusteeSale.rpt - Record - 05/29/2013 - Ver-38                                    Page 1 of 2

Trustee Sale No. : 00000004732390        Title Order No.: 730-1402731-70        FHA/VA/PMI No.:

regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is $778,061.50. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located.

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 800-280-2832 for information regarding the trustee's sale or visit this Internet Web site www.auction.com for information regarding the sale of this property, using the file number assigned to this case 00000004732390. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

FOR TRUSTEE SALE INFORMATION PLEASE CALL:
AUCTION.COM, LLC
ONE MAUCHLY
IRVINE, CA 92618
800-280-2832
www.auction.com

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP as Trustee

Associate Director                    Dated: 01/15/2015

BY: Ric Juarez

*Exhibit "C"*

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
DEBTOR

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

KIM VANDYK
C/o Kim Mary Vandyk, Settler
2834 Foothill Road
Santa Barbara, CA 93105

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:  Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| VANDYK | KIM | MARY | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2834 FOOTHILL ROAD | SANTA BARBARA | CA | 93105 | USA |

2. DEBTOR'S NAME:  Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CTX MORTGAGE COMPANY, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3350 PEACHTREE RD NE STE 150 | ATLANTA | GA | 30326 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Attached: DEED OF TRUST (2005-0064280) Santa Barbara County - 23 Pages Total

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| VANDYK |

| FIRST PERSONAL NAME |
|---|
| KIM |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| MARY | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| |

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| |

| INDIVIDUAL'S FIRST PERSONAL NAME |
|---|
| |

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| | |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ ADDITIONAL SECURED PARTY'S NAME **or** ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only **one** name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|
| |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):**

**13.** ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  (if applicable)

**14.** This FINANCING STATEMENT:
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☑ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

KIM VANDYK
2834 FOOTHILL ROAD
SANTA BARBARA, CA 93105

**16.** Description of real estate:

DEED OF TRUST (2005-0064280) Santa Barbara County
APN: 023-172-26

**17. MISCELLANEOUS:**

```
          SANTA BARBARA MPO
         SANTA BARBARA, California
              931029998
            0581020003 -0093
07/14/2015   (800)275-8777      04:37:50 PM

              Sales Receipt
Product        Sale  Unit        Final
Description     Qty  Price        Price

SACRAMENTO CA 95814-5701 Zone-4   $1.86
First-Class Mail Large Erv
  4.60 oz.
  Expected Delivery: Fri C7/17/15
00 Certified Mail                 $3.45
USPS Certified Mail #:
  70150640000029995007
                                 ========
  Issue Postage:                  $5.31


  Total:                          $5.31

Paid by:
Debit Card                        $5.31
  Account #:       XXXXXXXXXXXX5707
  Approval #:      241252
  Transaction #:   285
  23 903600880
  Receipt#:        00C301

00 For tracking or inquiries go to
USPS.com or call 1-800-222-1811.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
BRIGHTEN SOMEONE'S MAILBCX. Greeting cards
available for purchase at select Post
Offices.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
```



# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

_3121 Calle Noguera Santa Barbara Ca 93105_

A true and correct copy of the foregoing document entitled (specify): _Response to Nationstar's Response to Objection to Claim Number One w/ Exhibits A, B, C_

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _7/16/15_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chapter 13 Trustee
Elizabeth F. Rojas
Valley Executive Center
15260 Ventura Blvd, Suite 710
Sherman Oaks, CA 91403

Michael Daniels
Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261

Weinstein + Riley PS
Bethany
Wolfarowicz3
2001 Western
ave Suite 400
Seattle, WA 98121

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

(2 cont.) United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_7/16/15_ _Emanuelle Guzzer_ _[signature]_
Date      Printed Name          Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.